147 A.3d 873

IN THE MATTER OF GLENN LAWRENCE CAVANAGH, AN
ATTORNEY AT LAW (ATTORNEY NO. 042582000)

October 31, 2016

## ORDER

This matter having been duly presented on the motion of the Office of Attorney Ethics to restore to active status **GLENN LAWRENCE CAVANAGH** of **WESTFIELD**, who was admitted to the bar of this State in 2000, and who was transferred to disability inactive status by consent pursuant to *Rule* 1:20-12 by Order of the Court filed April 17, 2015;

And the Office of Attorney Ethics and **GLENN LAWRENCE CAVANAGH** having agreed that **GLENN LAWRENCE CAVANAGH** has the capacity to practice law, and that he should be restored to active practice;

And good cause appearing;

It is ORDERED that the motion is granted and **GLENN LAWRENCE CAVANAGH** is hereby restored to active status, effective immediately.